CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2019

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| VIRGINIA INDUSTRIAL PLASTICS, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 5:18-cv-119 ) |
| CABINET SAVER LLC, | ) ) |
| Defendant. | ) By: Michael F. Urbanski ) Chief United States District Judge ) |

## AMENDED ORDER

The parties to this case have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advising that they have reached a resolution of this matter. ECF No. 51. Accordingly, this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court, with each party to bear its own costs and attorneys' fees. The court retains jurisdiction of this case for a period of 90 days to facilitate enforcement of the settlement.

It is **SO ORDERED**.

ENTERED: 07-19-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge